## DISTRICT OF RHODE ISLAND

IN RE: MICHAEL PETRILLO and    :      BK No. 19-01013
    CHRISTINA PETRILLO,      :      Chapter 7
                               :
                               :
      DEBTORS.            :

STEPHEN AMITRANO,         :     AP No. 19-01012 and
                               :     AP No. 19-01013
                               :
      PLAINTIFF          :
                               :
    v.                    :
                               :
MICHAEL PETRILLO,       :
                               :
      DEBTOR/DEFENDANT   :

## DEFENDANT'S OBJECTION TO THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOW COMES the Defendant/Debtor, Michael Petrillo (hereinafter referred to as the "Defendant"), and hereby objects to the Plaintiff, Stephen Amitrano's Motion for Summary Judgment. The Plaintiff fails to list specific facts and law in support of his Motion for Summary Judgment, and there remains issues of material fact that must be litigated. The Defendant submits herewith a Memorandum of Law in Support of his Objection.

Defendant/Debtor,
Michael Petrillo, by and through
His Attorneys,

/s/ Jaclyn A. Cotter, Esq.
Vincent A. Indeglia, Esq. (#4140)
Jaclyn A. Cotter, Esq. (#9536)
**INDEGLIA & ASSOCIATES**
*Attorneys at Law*
300 Centerville Road
The Summit East, Suite 320
Warwick, RI 02886
(401) 886-9240

Fax: (401) 886-9241
vincent@indeglialaw.com
jaclyn.cotter@indeglialaw.com

### CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of January, 2021:

[ X] I electronically mailed or [ ] hand-delivered this document to the attorney for the opposing party and/or the opposing party if self-represented, whose name is:

Stephen Amitrano, *Pro Se*
358 Sandy Lane
Warwick, Rhode Island, 02889
stephenamitrano@gmail.com

/s/ Jaclyn A. Cotter