# United States Bankruptcy Court, District of Rhode Island

### Proceeding Memorandum / Order of Court

In Re: Amitrano v. Petrillo                                   Case Number: 1:19-ap-01012   Ch:

**MOVANT/APPLICANT/PARTIES:**

Order to Show Cause Why Adversary Proceeding Should Not Be Dismissed (Doc. #117)

**OUTCOME:**

__ Granted      __ Denied      __ Approved      __ Sustained

__ Moot      __ Denied without prejudice      __ Withdrawn in open court      __ Overruled

__ OSC Enforced / Released

__ Continued to: _____  For: _____

__ Formal order / stipulation to be submitted by: _____ Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____

__ No appearance / response by: _____

✓ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

After hearing held on the Order to Show Cause on February 24, 2021, with the plaintiff and counsel for the defendant present, and for the reasons stated on the record, this adversary proceeding is dismissed without prejudice.

IT IS SO ORDERED:

/s/ Diane Finkle           Dated: 2/24/21

Diane Finkle, U.S. Bankruptcy Judge